In the United States District Court of Alexandria, Virginia

John Robert Demos, Jr., & The Society of T.R.U.T.H.
(Plaintiffs)

vs

Gannett Corp Inc,
McClatchy Co,
New York Times Co,
Tribune Co,
Washington Post Co,
Advance Publications Inc,

(Defendants)

U.S.D.C. Case No: 3:16cv914

"The Anti-Trust Civil Process Act" & "Anti-Trust Complaint," pursuant to, the 1890 Sherman Anti-Trust Act, the 1914 Clayton Act, the 1914 Federal Trade Commission Act, the Noerr-Pennington Doctrine, 15 USCS 1, 1311, 7, 12, 27, 28 USCS 1332, 28 Stat. 570, 365 U.S. 127, 116 U.S. 517, 381 U.S. 657, 384 U.S. 270, 312 U.S. 600, 435 U.S. 389, 173 F. 177, 226 U.S. 61, 419 U.S. 186, 250 U.S. 300, 310 U.S. 150, 577 F.2d 239, 221 U.S. 1,

To: The Clerk of the Court.

Comes now the Plaintiffs who aver, and depose the following under the pain, and penalty of perjury.

A: That the named defendants in this complaint are engaged in an unreasonable restraint of trade, by way of a conspiracy, contract, or combination in restraint of trade, or monopolization, or attempt to monopolize, 554 F.2d 633, 679 F.3d 278, 673 F.3d 430, by way of (1) unity of purpose, (2) common design, (3) understanding, (4) meeting of the minds, (5) specific intent, (6) collusion, 602 F.3d 237,

## ARGUMENT

I CHARGE, GANNETT CORP, WASHINGTON POST Co, McCLATCHEY CORP, NEWYORK TIMES Co, ADVANCE PUBLICATIONS INC, TRIBUNE Co,

WITH BEING IN VIOLATION OF THE U.S. ANTI-TRUST LAWS, AND WITH BEING IN VIOLATION OF THE 1890 SHERMAN ANTI-TRUST ACT.

THE ACTIVITIES OF THE NAMED DEFENDANTS,

POSE A THREAT TO THE FREE MARKET AND RESTRAIN COMPETITION WHICH IT CANNOT DO.

THE PRACTICES OF,

THE NAMED DEFENDANTS

#2.

Are collusive, exclusionary, and monopolistic, and restrain competition, which poses a danger of increased prices, reduced output, quality, and innovation, in the market place, in violation of the 1914 Clayton Act, and Federal Trade Commission Act, which prohibits every contract, combination, or conspiracy in restraint of interstate or foreign trade, or commerce.

The Named Defendants,
  Gannett Corp,
  McClatchey Corp,
  New York Times Co,
  Washington Post Co,
  Advance Publications Inc,
  Tribune Co,

Practices of price discrimination, tying arrangements, exclusive dealing, mergers, and inter-locking directorates, constitute unfair methods of competition, and constitute a danger to the maintenance of the American free enterprise system.

The Named Defendants,
  Gannett Corp,
  Tribune Co,
  Washington Post Co,
  New York Times Co,
  McClatchey Corp,
  Advance Publications Inc

# 3.

System of Vertical & Horizontal Agreements, Mergers, And Single Firm Activities Directed Toward The Acquisition And Maintenance of A Monopoly, Violate Anti-Trust Law, Against Predatory behavior, In Restraint of Trade, To Include Trusts, Holding Companies, Cartels, And Mergers, And Acquisitions.

The Actions of The Named Defendants,

Gannett Corp,
McClatchey Corp,
New York Times Co,
Tribune Co,
Washington Post Co,
Advance Publications Inc,

Deflate Economic Opportunity, Stagnate Fair Consumer Prices, Efficiency, And Political Liberty Which Leads To Price Fixing.

The Named Defendants

Gannett Corp,
McClatchey Corp,
New York Times Co,
Tribune Co,
Washington Post Co,
Advance Publications Inc.

# 4.

Economic concentration, dominant market power, is wrongful conduct, as opposed to competition on the merits.

In the field of **Newspaper Publishing** _____

The named defendants are the dominant industry incumbents, which allows them to control the market and institute predatory pricing. None of the defendants actions can be justified under the umbrella of efficiency, as the named defendant's sole motivation is to thwart the possible rise of effective new competition to the named defendants monopoly in

**Newspaper Publishing** _____

As further evidence in support, the named defendants competitors rank near the bottom of the list. Plaintiff's John Demos & The Society of T.R.U.T.H. bring this action in the capacity of a private attorney general.

### Relief

1. I seek a jury trial.
I seek $25 million in treble, continuing, special, general, punitive, pecuniary, compensatory, statutory, and declaratory damages, and $15 million in hedonic, all purpose, treble, and prospective damages.

#.5

(4)

# Conclusion

1. The period of this conspiracy has been indefinite, and for at least 25+ years.

2. The object of the conspiracy is to control the market, effecuate prices, and restrain trade.

3. The named defendants to achieve their objective have engaged in,

   A: Collusion,
   B: A combination or conspiracy, between defendants,
   C: A conspiracy to maintain price, fix prices,
   D: A restraint upon interstate commerce,
   E: A public, and a private injury,
   F: A contract, combination, conspiracy, and monopolization,
   G: A concerted action to restrain trade, and institute an anti-competitive market,
   H: False information to the media,
   I: Acquiescence, and secrecy,
   J: Parallel pricing,
   K: A combination to effecuate an international price fixing scheme,

/s/ John R. Demn
10/25/2016

#6.

THE C.E.O. And Address OF THE NAmed DeFendAnts

1. AdvAnce PublicATions, Inc,
950 FingerboArd RoAd - STATen TslAnd, N.Y. 10305
SAmuel I. NewhousE JR - C.E.O.

2. GAnnett corp Inc, 7950 JonEs BRAnch DRIvE
McLeAn, VirginiA. 22107
GrAciA MARtoRE - C.E.O.

3. MccIAtchy Co - 2100 q sTReeT - SAcRAmento, CAlif. 95816
PATRick J. TAiAMAniEs - C.E.O.

4. New YoRk TimEs Co - 620 - 8Th Ave - N.Y. N.Y. 10018
ARthuR O. SulzbeRgeR - C.E.O.

5. TribunE Co, 435 NoRTh michigAn AvenuE -
ChicAgo, Ill. 60611 - SAm Zell - C.E.O.

6. WAshington Post Co - 1150 - 15Th STReet N.W.
WAsh, D.C. 20071 - DonAld E. GRAhAm - C.E.O.

7.

